No. 61. INTERNATIONAL ASSOCIATION OF MACHINISTS, AFL–CIO, ET AL. *v.* CENTRAL AIRLINES, INC., 372 U. S. 682;

No. 720. REES *v.* VIRGINIA, 372 U. S. 964;

No. 854. FUQUA *v.* MISSISSIPPI, 372 U. S. 709;

No. 858. YACIMIENTOS PETROLIFEROS FISCALES *v.* PARAGON OIL Co., INC., ET AL., 372 U. S. 967;

No. 859. GREENHILL ET AL. *v.* UNITED STATES, 372 U. S. 968;

No. 1100, Misc. GREENHILL ET AL. *v.* RIVES ET AL., U. S. CIRCUIT JUDGES, 372 U. S. 962;

No. 853, Misc. THOMSON *v.* TUNKS, JUDGE, ET AL., 372 U. S. 971; and

No. 983, Misc. PATTERSON *v.* CITY OF NEWPORT NEWS, 372 U. S. 771. Petitions for rehearing denied.

MAY 29, 1963.

No. 1429, Misc. DINGESS *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit. Petition dismissed pursuant to Rule 60 of the Rules of this Court.

JUNE 3, 1963.

No. ——. DRUMM *v.* CALIFORNIA;

No. ——. MOONEY *v.* NEW YORK;

No. ——. WOMACK *v.* OREGON;

No. ——. IN RE JACOBS;

No. ——. IN RE DIAZ; and

No. ——. IN RE TURNER. The motions for the appointment of counsel are denied.